# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Regena M. Tuttle,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 10-3396-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, April 20, 2012, the Court heard oral argument on the *Brief In Support Of Claimant's Claim*, filed August 29, 2011 [Doc. 11] and the *Brief For Defendant*, filed November 14, 2011 [Doc. 15]. After due consideration of the issues presented, and in accordance with the reasoning and findings set forth on record by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED FOR AN AWARD OF BENEFITS** pursuant to 42 U.S.C. §405(g), sentence 4. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral arguments so that the Commissioner will know the basis upon which this case is reversed.

                                           */s/ John T. Maughmer*
                                           **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**