# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Regena M. Tuttle,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-3396-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion for Application For Attorney's Fees Under Equal Access To Justice Act*, filed June 26, 2012 [Doc. 21]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion for Application For Attorney's Fees Under Equal Access To Justice Act*, filed June 26, 2012 [Doc. 21] is **GRANTED** and plaintiff is awarded attorney fees under the EAJA in the amount of $7,136.38.

                                               */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                                 **U. S. MAGISTRATE JUDGE**